UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**NANCY A. RAY**,   Case No. 6:15-cv-01051-KI

          Plaintiff,   JUDGMENT

  v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security**,

          Defendant.

    Kathryn Tassinari
    Mark A. Manning
    Harder, Wells, Baron & Manning, P.C.
    474 Willamette, Suite 200
    Eugene, OR 97401

        Attorneys for Plaintiff

    Billy J. Williams
    United States Attorney
    District of Oregon
    Janice E. Hebert
    Assistant United States Attorney

Page 1 - JUDGMENT

1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902

Jeffrey E. Staples
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

  Attorneys for Defendant

KING, Judge:

  Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

  IT IS SO ORDERED.

  DATED this  15th  day of July, 2016.

            /s/ Garr M. King
           Garr M. King
           United States District Judge